# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Timothy O'Brien, et al.

                    Plaintiff,

v.                                     Case No.: 1:12–cv–00107
                                                    Honorable Robert W. Gettleman

Allied Interstate, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 2/22/2012. Motions are due by 3/12/2012. Status hearing set for 3/15/2012 at 9:15 a.m. Mailed notice( gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.