IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY O'BRIEN on behalf of himself and others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> ALLIED INTERSTATE, INC., <br>     Defendant. | ) <br> ) 1:12-cv-107 <br> ) Judge Gettleman <br> ) <br> ) JURY DEMANDED <br> ) <br> ) <br> ) |

**FED.R.CIV.P. 41(A)(1) DISMISSAL WITH PREJUDICE**

Plaintiffs hereby dismiss this action with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), pursuant to individual settlement. No answer or summary judgment motion has been filed, and the class has not been certified.

This dismissal is without prejudice to any putative class member.

                                                                                                                    /s/Alexander H. Burke
                                                                                                                    Counsel for Plaintiff

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com